15CV 0103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JAN 05 2015
PRO SE OFFICE

ROBERT A. COLLINS
ALSO KNOWN AS,
GOD CALIF ALLAH, REGISTERED ADHERENT OF THE NATION OF GODS AND EARTHS

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

DEFENDENT NO. 1
~~XXXX~~ BRIAN FISCHER, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION.

DEFENDENT NO. 2
WILLIAM LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY

DEFENDENT NO. 3
NEW YORK STATE, OFFICE OF MENTAL HEALTH

DEFENDENT NO. 4.
NEW YORK POLICE DEPARTMENT
4A. EMERGENCY MEDICAL SERVICE
4B. 113TH PRECINCT

DEFENDANT NO. 5
QUEENS HOSPITAL CENTER

DEFENDANT NO. 6
NEW YORK CITY, DEPARTMENT OF ENVIRONMENTAL PROTECTION

DEFENDANT NO. 7
DOWNSTATE CORRECTIONAL FACILITY

DEFENDANT NO. 8
LONG ISLAND JEWISH HOSPITAL

DEFENDANT NO. 9
ZUCKER HILLSIDE HOSPITAL

DEFENDANT NO. 10
FLUSHING HOSPITAL MEDICAL CENTER

I. PARTIES IN THIS COMPLAINT
PLAINTIFF
ROBERT A. COLLIER, ALSO KNOWN AS GOD CALLF ALLAH, N.G.E.

DEFENDANT NO. 1
BRIAN FISCHER, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTION AND COM-COMMUNITY SUPERVISION

I. PARTIES IN THIS COMPLAINT (CONT'D).

ALBANY, NEW YORK
1220 WASHINGTON AVENUE
ALBANY, NEW YORK 12226

DEFENDANT NO. 2
WILLIAM LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY
POST OFFICE BOX 4000
STORMVILLE, NEW YORK 12582-4000

DEFENDANT NO. 3
NEW YORK STATE OFFICE OF MENTAL HEALTH
GREEN HAVEN CORRECTIONAL FACILITY
BUILDING TWO, PSYCHIATRIC SERVICES UNIT
POST OFFICE BOX 4000
STORMVILLE, NEW YORK 12582-4000

DEFENDANT NO. 4
NEW YORK POLICE DEPARTMENT
ONE POLICE PLAZA
NEW YORK, NEW YORK 10038

4A. EMERGENCY MEDICAL SERVICE

4B. 113TH PRECINCT

I. PARTIES IN THIS COMPLAINT (CONT'D).

113TH PRECINCT (CONT'D).
167-02 BAISLEY BOULEVARD
QUEENS NEW YORK 11434

DEFENDENT NO. 5
QUEENS HOSPITAL CENTER
82-68 164TH STREET
QUEENS, NEW YORK 11432

DEFENDENT NO. 6
NEW YORK CITY DEPARTMENT OF ENVI-RONMENTAL PROTECTION
59-17 JUNCTION BOULEVARD
REGO PARK, NEW YORK 11368

DEFENDENT NO. 7
DOWNSTATE CORRECTIONAL FACILITY
121 RED SCHOOLHOUSE ROAD
POST OFFICE BOX 445
FISHKILL, NEW YORK 12524-0445

DEFENDENT NO. 8
LONG ISLAND JEWISH HOSPITAL
270-05 76TH AVENUE
NEW HYDE PARK, NEW YORK 11440

DEFENDENT NO. 9
ZUCKER HILL-4 SIDE HOSPITAL

I. PARTIES IN THIS COMPLAINT (CONT'D).

ZUCKER HILLSIDE HOSPITAL (CONT'D).
75-59 263RD STREET
GLEN OAKS, NEW YORK 11004

DEFENDANT NO. 10
FLUSHING HOSPITAL MEDICAL CENTER
45 45TH AVENUE
FLUSHING, NEW YORK 11356

II. STATEMENT OF CLAIM

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION

A. GREEN HAVEN CORRECTIONAL FACILITY

B. OA BLOCK-04 COMPANY-CELL 310 GREEN HAVEN CORRECTION FACILITY'S PSYCHIATRIC SERVICE UNIT BUILDING TWO

C. SEPTEMBER 2012 TO JANUARY 2013

D. COMMISSIONER BRIAN FISCHER ALLEDGES THAT HE WAS NOT APPEALED TO, DESPITE ME HAVING MY AUNT (MS. EVELYN L. FRAY), WRITE HIM AND APPRISE HIM OF MY GRIEVANCE AGAINST CORRECTION OFFICER STEVENS. (EXHIBIT) -5-

STATEMENT OF CLAIM (CONT'D)
MR. WILLIAM LEE
2. A. GREEN HAVEN CORRECTIONAL FACILITY

B. GREEN HAVEN CORRECTIONAL FACILITY'S PSYCHIATRIC SERVICES UNIT, BUILDING TWO.

C. NOVEMBER 2012 02:00 A.M.

D. TRANSFERRED TO DOWNSTATE CORRECTIONAL FACILITY FROM GREEN HAVEN AT ABOVE TIME. (SEE ARTICLE 78). MR. WILLIAM LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, TOURED THE PSYCHIATRIC SERVICE UNIT'S 'DORMITORY' AND 'TANK' AREAS ROUTINELY AND WAS FULLY COGNIZANT OF THE INHUMANE MEASURES EMPLOYED BY THE OFFICE OF MENTAL HEALTH OPERATING IN CONJUNCTION WITH THE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION.

3. A. GREEN HAVEN CORRECTIONAL FACILITY (OFFICE OF MENTAL HEALTH)
B. GREEN HAVEN CORRECTIONAL FACILITY'S PSYCHIATRIC SERVICE UNIT, BUILDING TWO.
C. SEPTEMBER 2012 - JANUARY 2013
D. SEE ARTICLE 78.

II. STATEMENT OF CLAIM (CONT'D).

NEW YORK POLICE DEPARTMENT

1. A. FAMILY RESIDENCE (178-06 119TH ROAD JAMAICA, NEW YORK)

B. NEIGHBORHOOD IN VICINITY OF FAMILY RESIDENCE.

C. JULY 1998-APRIL 27, 1999.

D. ON NUMEROUS OCCASIONS, AFTER I RETURNED TO MY FAMILY RESIDENCE FROM AN ADULT CARE FACILITY NAMED SEAPORT MANOR, WHERE I HAD BEEN LIVING FROM JANUARY OF 1996 TO JULY OF 1998, I WAS STOPPED BY THE POLICE, FOR NO APPARENT REASON. NO ONE ELSE WAS INVOLVED BECAUSE THESE INCIDENTS INVARIABLY OCCURRED WHEN I WAS ALONE. ON SEVERAL OCCASIONS I WAS MADE TO SURRENDER MY IDENTIFICATION. MY DRIVER'S LICENSE WAS RUN THROUGH THE COMPUTER IN A POLICE CAR. THERE SHOULD BE A RECORD OF THIS, IN MY NEIGHBORHOOD'S PRECINCT, THE 113TH

[DEREK OR DERRICK STOREY]

2. A. FAMILY RESIDENCE.

B. INSIDE ABOVE RESIDENCE.

C. APRIL 27, 1999.

D. UNLAWFUL INVASION OF FAMILY RESIDENCE BY ABOVE NAMED POLICE OFFICER.

II. STATEMENT OF CLAIM (CONT'D).
4B. 113TH PRECINCT
A. NEIGHBORHOOD OF JAMAICA, QUEENS, NEW YORK.
B. STREET, (119TH ROAD), RIGHT OUTSIDE OF FAMILY RESIDENCE.
C. JANUARY 28, 1999
D. UNPROVOKED ATTACK BY THEN POLICE OFFICER, NOW SERGEANT TACCO.

5. A. QUEENS HOSPITAL CENTER
B. PSYCHIATRIC SECTION OF EMERGENCY ROOM.
C. MARCH 4, 1999
D. ON THE ABOVE DATE, I WAS TAKEN TO THIS HOSPITAL AFTER HAVING BEEN TAKEN FROM MY FAMILY RESIDENCE. THE POLICE UNLAWFULLY CONFISCATED PICTURE IDENTIFICATIONS FROM MY WALLET, WHICH ALSO CONTAINED ONE-HUNDRED-NINETY-SEVEN DOLLARS CASH. I WAS GIVEN AN INJECTION OF SOME SUBSTANCE WHICH RENDERED ME UNCONSCIOUS. WHEN I CAME TO, I FOUND THAT I HAD BEEN TRANSFERRED TO BETH ISRAEL MEDICAL CENTER, ON THE EAST SIDE OF DOWNTOWN MANHATTAN. THERE I WAS GIVEN ~~AN~~ MY WALLET, (SANS IDENTIFICATION PHOTOGRAPHS), AND TWELVE DOLLARS CASH. DESPITE HAVING A RECEIPT FROM QUEENS HOSPITAL CENTER FOR ONE-HUN-

II. STATEMENT OF CLAIM (CONT'D).

5. D. (CONT'D).

DRED-NINETY-SEVEN DOLLARS, I HAVE BEEN UNABLE TO RECOVER THE BALANCE OF ONE-HUNDRED-EIGHTY-FIVE DOLLARS, TO THIS DAY.

6. A. NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION

B. MY WORK CUBICLE ON THE SEVENTH FLOOR.

C. BETWEEN FEBRUARY AND MARCH OF 1999.

D. I WAS ESCORTED OFF THE PREMISES AND TOLD TO TAKE MY PERSONAL PROPERTY WITH ME, BY A SECURITY GUARD ARMED WITH A NINE-MILLIMETER PISTOL. I WAS NEVER LAWFULLY TERMINATED FROM MY POSITION OF ASSISTANT COMMUNITY LIAISON REPRESENTATIVE.

7. A. DOWNSTATE CORRECTIONAL FACILITY

B. D BLOCK, CELL 17.

C. NOVEMBER 2012.

D. TRANSFERRED TO AT 02:00 A.M. (SEE ARTICLE 78).

8. A. LONG ISLAND JEWISH HOSPITAL

B. SURGICAL FACILITY.

C. MARCH 16, 1995

D. ON THE ABOVE DATE, MY LATE BROTHER, (DAVID V. COLLINS), HAD HIS THYROID GLANDS REMOVED, IRREVOCABLY COMPROMISING HIS IMMUNE SYSTEM. ALSO, WHEN THE LITHIUM, HE WAS

II. STATEMENT OF CLAIM (CONT'D).

8.D. (CONT'D).

BEING GIVEN AT ZUCKER HILLSIDE HOSPITAL, (A SUBSIDIARY OF LONG ISLAND JEWISH HOSPITAL), CAUSED HIM TO BECOME NON-RESPONSIVE, HE WAS TAKEN BY AMBULANCE TO THIS HOSPITAL, (LONG ISLAND JEWISH), (JULY 24, 2011).

9.A. ZUCKER HILLSIDE HOSPITAL

B. PSYCHIATRIC WARD.

C. JULY 26, 1994 TO JULY 24, 2011.

D. MY LATE BROTHER, (DAVID V. COLLINS), WAS DIAGNOSED AS BEING 'BIPOLAR'. HE WAS TREATED WITH LITHIUM, AN EXPERIMENTAL DRUG WITH RESPECT TO ITS BEING USED AS A TREATMENT FOR INDIVIDUALS WHO HAVE BEEN DEEMED 'BIPOLAR'. THE SIDE EFFECTS OF THAT DRUG TREATMENT ULTIMATELY RESULTED IN HIM BECOMING NON-RESPONSIVE TO VERBAL EFFORTS TO COMMUNICATE WITH HIM, MADE BY MY AUNT, (MS. EVELYN L. TRAY), ON JULY 24, 2011.

10.A. FLUSHING HOSPITAL MEDICAL CENTER.

B. SOME WARD FOR THE TERMINALLY ILL.

C. OCTOBER 29, 2012 TO NOVEMBER 23, 2012.

D. MY BROTHER'S SUPPOSED TREATMENT FOR CANCER, FAILED TO PREVENT THE DISEASE

II. STATEMENT OF CLAIM-(CONT'D).

10. D. (CONT'D).

FROM METASTASIZING TO HIS KIDNEYS, THE FAILURE OF WHICH ORGANS BEING WHAT WAS LISTED AS THE CAUSE OF HIS DEATH.

III. INJURIES

DOWNSTATE CORRECTIONAL FACILITY (DECEMBER 2001). LACERATIONS ON FACE. ABRASIONS TENDED TO & PHOTOGRAPHED BY DOWNSTATE CORRECTIONAL FACILITY NURSE.

GREEN HAVEN CORRECTIONAL FACILITY (NOVEMBER 2012). TRAUMA INDUCED BY CONDITIONS IN GREEN HAVEN CORRECTIONAL FACILITY'S PSYCHIATRIC SERVICE UNIT IN BUILDING TWO DEALT WITH BY PSYCHIATRISTS, PSYCHOLOGISTS, AND SOCIAL WORKERS IN DOWNSTATE CORRECTIONAL FACILITY'S D-BLOCK.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. DID YOUR CLAIMS ARISE WHILE YOU WERE CONFINED IN JAIL, PRISON OR OTHER CORRECTIONAL FACILITY?

YES AND NO.

IF YES, NAME THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY WHERE YOU WERE CONFINED AT THE TIME OF THE EVENTS GIVING RISE TO YOUR CLAIMS.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES (CONT'D).

GREEN HAVEN CORRECTIONAL FACILITY AND DOWNSTATE CORRECTIONAL FACILITY.

B. DOES THE JAIL, PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIMS AROSE HAVE A GRIEVANCE PROCEDURE?

YES.

C. DOES THE GRIEVANCE PROCEDURE AT THE JAIL, PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIMS AROSE COVER SOME OR ALL OF YOUR CLAIMS?

YES

D. DOES THE GRIEVANCE PROCEDURE AT THE JAIL, PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIMS AROSE NOT COVER SOME OF YOUR CLAIMS?

YES

E. DID YOU FILE A GRIEVANCE IN THE JAIL, PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIMS AROSE?

YES

F. IF YOU DID FILE A GRIEVANCE, ABOUT THE EVENTS DESCRIBED IN THIS COMPLAINT, WHERE DID YOU FILE THE GRIEVANCE?

GREEN HAVEN CORRECTIONAL FACILITY

1. WHICH CLAIM IN THIS COMPLAINT DID YOU GRIEVE?

CLAIM TWO

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES (CONT'D)

2. WHAT WAS THE RESULT, IF ANY?

ALLEGATIONS OF DEFENDENT WERE AFFIRMED.

3. WHAT STEPS, IF ANY, DID YOU TAKE TO APPEAL THE DECISION? DESCRIBE ALL EFFORTS TO APPEAL TO THE HIGHEST LEVEL OF THE GRIEVANCE PROCESS.

APPEALED TO SUPERINTENDENT GREEN HAVEN CORRECTIONAL FACILITY, WILLIAM LEE. APPEALED TO CENTRAL OFFICE REVIEW COMMITTEE. FILED AN ARTICLE 78. AM CURRENTLY APPEALING THE ARTICLE 78'S AFFIRMATION.

G. IF YOU DID NOT FILE A GRIEVANCE, DID YOU INFORM ANY OFFICIALS OF YOUR CLAIMS.

N/A.

H. PLEASE SET FORTH ANY ADDITIONAL INFORMATION THAT IS RELEVANT TO THE EXHAUSTION OF YOUR ADMINISTRATIVE REMEDIES.

NONE.

V. RELIEF: STATE WHAT YOU WANT THE COURT TO DO FOR YOU.

I WANT THE FRIVOLOUS AND SPURIOUS ALLEGATIONS OF MY INFRACTIONS EXPUNGED FROM MY RECORD (INSTITUTIONAL), AND THE RESPECTIVE HEARING OFFICERS' FINDINGS REVERSED. I WOULD LIKE TO BE FINANCIALLY COMPENSATED FOR THE ITEMS STOLEN FROM ME BY

V. RELIEF (CONT'D).

CORRECTION OFFICER STEVENS [(SEE ARTICLE 78, AND ARTICLE 78 APPEAL) (CURRENTLY PENDING)] I WOULD ALSO LIKE TO BE FINANCIALLY COMPENSATED FOR THE TIME I WAS CONFINED IN THE PSYCHIATRIC SERVICE UNIT LOCATED IN GREEN HAVENS' BUILDING TWO, (FOR THE TIMES I SPENT THERE BETWEEN THE MONTHS SEPTEMBER 2012 AND JANUARY 2013) AND FOR THE TIME I SPENT IN DOWNSTATES D-BLOCK IN NOVEMBER 2012. I WOULD ALSO GREATLY APPRECIATE BEING COMPENSATED FOR THE PAIN, SUFFERING, DEGRADATION, AND MENTAL ANGUISH, I EXPERIENCED IN THE ABOVE-MENTIONED FACILITIES. I WOULD LIKE TO BE GIVEN BACK THE ONE-HUNDRED-EIGHTY-FIVE DOLLAR THAT DISAPPEARED WHEN I WAS CONFINED IN QUEENS HOSPITAL CENTER AND BETH ISRAEL MEDICAL CENTER IN MARCH AND APRIL OF 1999. I WOULD LIKE TO BE COMPENSATED FOR MY WRONGFUL DISMISSAL BY THE NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION IN FEBRUARY OR MARCH OF 1999. FINALLY, WITH RESPECT TO DEFENDENTS 8 THROUGH 10, I WOULD LIKE MYSELF AND MY FAMILY TO BE COMPENSATED FOR THE ORCHESTRATED DEATH OF MY BROTHER DAVID V. COLLINS

VI. PREVIOUS LAWSUITS

A. HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT, DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?

YES, BUT ONLY WITH RESPECT TO SOME OF THE FACTS.

B. IF YOUR ANSWER TO A IS YES, DESCRIBE EACH LAWSUIT IN QUESTIONS 1 THROUGH 7.

1. PARTIES TO THIS PREVIOUS LAWSUIT.

PLAINTIFF:

ROBERT A. COLLINS, 01A6500

DEFENDANTS:

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION;

WILLIAM LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY

NEW YORK STATE OFFICE OF MENTAL HEALTH

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY);

NEW YORK STATE, COUNTY OF DUTCHESS

VI. PREVIOUS LAWSUITS (CONT'D).
3. DOCKET OR INDEX NUMBER:

2041/13

4. NAME OF JUDGE ASSIGNED TO YOUR CASE:

HONORABLE MARIA G. ROSA, JSC.

5. APPROXIMATE DATE OF FILING LAWSUIT:

JANUARY, 2013.

6. IS THE CASE STILL PENDING.

NO.

7. IF NO, GIVE THE APPROXIMATE DATE OF DISPOSITION. RESULT OF CASE: JUDGE ROSA AFFIRMED THE DEFENDANTS JUNE 10, 2013. ALLEGATIONS.

C. HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT OTHERWISE RELATING TO YOUR IMPRISONMENT?

YES AN ARTICLE 78 APPEAL AND A 440.10 MOTION.

VI-A. PENDING LAWSUITS (CONT'D).

D. ARTICLE 78 APPEAL

1. SAME PARTIES AS ARTICLE 78.

2. APPELLATE DIVISION, SUPREME COURT
SECOND JUDICIAL DEPARTMENT
STATE OF NEW YORK
45 MONROE PLACE
BROOKLYN, NEW YORK 11201.

3. APPELLATE DIVISION DOCKET #:

2014-01642

4. JUDGE? CLERK OF COURT: MS. APRILANNE AGOSTINO.

5. JANUARY, 2014.

6. CASE STILL PENDING.

440.10 MOTION

1. PLAINTIFF:
ROBERT A. COLLINS

DEFENDANTS
PEOPLE OF THE STATE OF NEW YORK

VI. PENDING LAWSUITS (CONT'D).

2. SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

3. IND/SCI: 1389/99 AND 1480-99
NYSID# 3118190P

4. HONORABLE RICHARD L. BUCHTER

5. OCTOBER, 2014.

6. CASE NOT YET ACCEPTED.

SIGNED THIS 22ND DAY OF OCTOBER 2014.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Robert A. Collins
SIGNATURE OF PLAINTIFF
ROBERT A. COLLINS
DIN-01A6500
GREEN HAVEN CORRECTIONAL FACILITY
POST OFFICE BOX 4000
STORMVILLE, NEW YORK 12582-4000

I DECLARE UNDER PENALTY OF PERJURY THAT ON THIS 22ND DAY OF OCTOBER 2014, I WILL DELIVER THIS COMPLAINT TO PRISON AUTHORITIES TO BE MAILED TO THE PRO SE OFFICE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

SIGNATURE OF PLAINTIFF: Robert G. Collins


GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: DIN: 01A6500
GREENHAVEN
CORRECTIONAL FACILITY
UNITED STATES POSTAGE
PITNEY BOWES
$ 01.40
02 1A
0004623953
JAN 02 2015
MAILED FROM ZIP CODE 12582
RECEIVED
JAN 05 2015
PRO SE OFFICE
US SDNY
Pro Se Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007
10007$1330